IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COVAN INTERNATIONAL, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-1317C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Courtney E. Sheehan, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Courtney E. Sheehan
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12036
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Courtney E. Sheehan
Courtney E. Sheehan
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 353-7995
FAX: (202) 514-8624
E-mail: Courtney.Sheehan@usdoj.gov

Dated: October 2, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 2nd day of October, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Courtney E. Sheehan